# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2023

*The Court of Appeals hereby passes the following order:*

### A24D0093. TOMMY JONES v. PROFESSIONAL FINANCIAL SERVICES, INC.

On August 14, 2023, the trial court entered an order: (i) denying defendant Tommy Jones's motion for summary judgment in this civil action; and (ii) granting summary judgment to plaintiff Professional Financial Services, Inc. On September 18, 2023, the trial court entered a consent order purporting to extend the deadline for filing an application for discretionary appeal until September 28, 2023. Jones filed the instant application for discretionary review on September 28, seeking to appeal the August 14 order. We lack jurisdiction over Jones's untimely application.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Jones's application was due on September 13, 2023. While the trial court purported to grant Jones an extension of time to file his application, it lacked the authority to do so. *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011) ("Because a discretionary application must be filed only in an appellate court, see OCGA § 5-6-35 (d), a *trial* court may not grant an extension of the time to file the application pursuant to OCGA § 5-6-39."); accord Court of Appeals Rule 16 (c) ("Requests for extensions of time to file discretionary applications must be directed to this Court and should be filed pursuant to Rule 40

(b), Emergency Motions."). Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/24/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*